| | | |
|---|---|---|
| IN RE FLSA CLAIMS | ) | Civil Action No.________________ |
| | ) | |
| | ) | Magistrate Judge: |
| | ) | |
| | ) | District Judge: |

**COLLECTIVE ACTION**

**NOTICE OF CONSENT**

I consent to be a party plaintiff in a collective action to collect unpaid wages.

[signature]

Signature

Osman Wilfredo Maldonado

Full Legal Name (print)