IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| OSMAN MALDONADO | CIVIL ACTION |
| VERSUS | NUMBER: 17-1015 |
| NEW ORLEANS MILLWORKS, LLC | SECTION: "J"(5) |

ORDER ON MOTION
MAY 30, 2017

APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Compel (Rec. doc. 21).

___1____: Continued to June 14, 2017 at 11:00 a.m.

________: No opposition

________: Opposition

ORDERED

________: Dismissed as moot.

________: Dismissed for failure of counsel to appear.

________: Granted.

________: Denied.

________: Other.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE