UNITED STATES DISTRICT COURT
EASTERN DISCTRICT OF LOUISIANA

| | | |
|---|---|---|
| Osman Maldonado<br>On behalf of himself,<br>and other persons similarly situated,<br>    *Plaintiff*<br><br>VERSUS<br><br>NEW ORLEANS METAL WORKS, INC.,<br>O&G CONSTRUCTION LLC,<br>DAVID WALDHEIM, AND OLAN<br>DAVID DEL ARCA SABAT,<br><br>    *Defendant* | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION NO. 17-1015<br><br>JUDGE BARBIER<br><br><br><br>MAG. JUDGE NORTH |

## NEW ORLEANS METALWORKS, INC & DAVID WALDHEIM'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL RULE 26(F) CONFERENCE

**NOW INTO COURT**, through undersigned counsel, come defendants, New Orleans Metalworks, Inc, and David Waldheim (hereinafter collectively the "Metalworks Defendants") who herein respectfully submit this Memorandum in Opposition to the Motion to Compel Rule 26(f) conference filed by Plaintiff, Osman Maldonado ("Plaintiff" or "Maldonado"). In support of this Opposition, the Metalworks Defendants submit the following Opposition in which it adopts all arguments outlined in co-defendant, O&G Construction, LLC's ("O&G") Opposition to Motion to Proceed (Doc. 41) as though plead and outlined herein.

Moreover, Plaintiffs have made no evidentiary showing that any of the individuals identified in its Motion seeking to obtain a class certification are employees of either O&G or the Metalworks Defendants. So, to stretch out and lump these alleged individuals as a "class", itself loosely defined and unable to be discerned, does not serve this action nor does it serve the purposes of designating a class of similarly situated individuals. As such, Plaintiffs Motion should be denied at this time.

1

Respectfully submitted,

**BURGOS & ASSOCIATES, L.L.C.**

*/s/ Gabriel O Mondino*
Cesar R. Burgos (# 24328)
Robert J. Daigre (#23016)
Gabriel O Mondino (#31514)
George McGregor (#33977)
3535 Canal Street, Suite 200
New Orleans, LA 70119-6135
Telephone: (504) 488-3722
Facsimile: (504) 482-8525

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties and their counsel.

Respectfully submitted,

**BURGOS & ASSOCIATES, L.L.C.**

*/s/ Gabriel O Mondino*