IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| OSMAN MALDONADO, *et al*, on behalf of themselves and other persons similarly situated, | ) ) ) | CIVIL ACTION NO. 17-1015 |
| *Plaintiff*, | ) ) | JUDGE BARBIER |
| v. | ) ) | |
| NEW ORLEANS MILLWORKS, LLC, *et al*, | ) ) | MAG. JUDGE NORTH |
| *Defendants*. | ) | |

**PLAINTIFFS' WITNESS AND EXHIBIT LIST**

NOW INTO COURT come Plaintiffs, who submit the following list of witnesses and exhibits upon which they may rely at trial:

**WITNESS LIST**

1. Plaintiff Osman Maldonado – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

2. Plaintiff Josue Nunez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

3. Plaintiff Mauricio Hernandez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

4. Plaintiff Marvel Guerrero – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

5. Opt-in Plaintiff Alex Mena – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

6. Opt-in Plaintiff Jose S. Hernandez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

7. Opt-in Plaintiff Lorenzo Romero – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

8. Opt-in Plaintiff Yessica Quintanilla – fact witness to testify concerning all facts surrounding her employment with Defendants, overtime pay, damages, and all other issues;

9. Opt-in Plaintiff Luis Alonzo Martinez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

10. Opt-in Plaintiff Fredis Rodriguez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

11. Opt-in Plaintiff Enil Ponce – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

12. Opt-in Plaintiff Nelson Rodriguez– fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

13. Opt-in Plaintiff Alba Luz Coello – fact witness to testify concerning all facts surrounding her employment with Defendants, overtime pay, damages, and all other issues;

14. Opt-in Plaintiff Jose Gutierrez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

15. Opt-in Plaintiff Carlos Hernandez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

16. Opt-in Plaintiff Antonio Rodriguez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

17. Opt-in Plaintiff Jose Bordalez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

18. Opt-in Plaintiff Milton Espinosa – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

19. Opt-in Plaintiff Cesar Norales – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

20. Opt-in Plaintiff Adonnys Sobalvarres – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

21. Opt-in Plaintiff Jeremy Wilson – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

22. Opt-in Plaintiff Edwin Del Castillo – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

23. Opt-in Plaintiff Edwin Galindo – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

24. Opt-in Plaintiff Salustro Galindo – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

25. Opt-in Plaintiff Michael Benavides – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

26. Opt-in Plaintiff Bibiano Silva Garcia – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

27. Opt-in Plaintiff Oscar Jose Fugon – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

28. Opt-in Plaintiff Jorge Zuniga – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

29. Opt-in Plaintiff Wilmer Chavez Echeverry – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

30. Opt-in Plaintiff Jose Cartagena – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

31. Opt-in Plaintiff Gerson Varela – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

32. Opt-in Plaintiff Elmer Ramos – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

33. Opt-in Plaintiff Alex Gonzalez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

34. Opt-in Plaintiff Jorge Bernardez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

35. Opt-in Plaintiff Marvin Hernandez – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

36. Opt-in Plaintiff Luis Galindo – fact witness to testify concerning all facts surrounding his employment with Defendants, overtime pay, damages, and all other issues;

37. Olan D. Del Arca Sabat – fact witness to testify concerning the overtime pay scheme at O&G Construction, his employment with New Orleans Metalworks, Inc., his role in processing and distributing payroll to Plaintiffs, and also his direct control and supervision of Plaintiffs;

38. Grace Del Arca – fact witness to testify concerning the overtime pay scheme at O&G Construction and her role in processing and distributing payroll to Plaintiffs;

39. David Waldheim – fact witness to testify concerning the overtime pay scheme at New Orleans Metalworks, Inc., New Orleans Metalworks, Inc.'s relationship with O&G Construction, his role processing and distributing payroll to Plaintiffs, and also his direct control and supervision of Plaintiffs;

40. Stephanie Hollingsworth – fact witness to testify concerning the overtime pay scheme at New Orleans Metalworks, Inc. and her role processing and distributing payroll to Plaintiffs;

41. Any and all employees or former employees of O&G Construction, LLC to testify concerning the facts and circumstances surrounding Defendants' illegal pay scheme;

42. Any and all employees or former employees of New Orleans Metalworks, Inc. to testify concerning the facts and circumstances surrounding Defendants' illegal pay scheme;

43. Any and all witnesses listed by any other party in this matter;

44. Any and all witnesses identified in discovery;

45. Any and all other witnesses needed for impeachment or rebuttal testimony.

Plaintiffs reserve their right to amend this witness list as new information comes to light.

## **EXHIBIT LIST**

1. Defendants' responses to discovery and all attachments thereto;

2. All payroll records of the Plaintiffs;

3. Copies of time sheets of the Plaintiffs;

4. Copies of paystubs issued to Plaintiffs by New Orleans Metalworks, Inc.;

5. Copies of paystubs issued to Plaintiffs by O&G Construction, LLC;

6. All depositions taken in this matter and any exhibits attached thereto;

7. Any and all documents needed for impeachment and rebuttal testimony;

8. Any and all exhibits listed by any other party.

Plaintiffs reserve their right to amend this exhibit list as new information comes to light.

*Respectfully submitted,*

*/s/ Emily A. Westermeier*
BEAUMONT COSTALES LLC
Roberto Luis Costales (#33696)
William H. Beaumont (#33005)
Emily A. Westermeier (#36294)
3801 Canal Street, Suite 207
New Orleans, LA 70119
Telephone: (504) 534-5005
eaw@beaumontcostales.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, a copy of the foregoing was served on counsel for Defendants via the Court's CM/ECF system.

*/s/ Emily A. Westermeier*